PROTTY S(

Abraham Skoff (askoff@mosessinger.com)
Philippe Zimmerman (pzimmerman@mosessinger.com)
Moses & Singer LLP
404 Lexington Avenue
New York, New York 10174
Telephone: (212) 554-7800
*Attorneys for Defendant Luxco, Inc.*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10 AUG 2010
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PERNOD RICARD USA, LLC,

      Plaintiff

v.

LUXCO, INC.,

      Defendant

10 Civ 1567 (PAC)

**STIPULATION** + Order

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, that

(i) Defendant Luxco, Inc.'s time to answer or otherwise respond to the Complaint herein is

adjourned to October 15, 2010, (ii) this Stipulation may be executed in counterparts; and (iii)

facsimile and pdf signatures of this Stipulation shall be no less binding than original signatures.

Dated: August 9, 2010
New York, New York

DEBEVOISE & PLIMPTON LLP

By: _____
David Bernstein (dhbernstein@debevoise.com)
S. Zev Parnass (szparnass@debevoise.com)
919 Third Avenue
New York, NY 10022
(212) 909-6696
*Attorneys for Plaintiff,*
*Pernod Ricard USA, LLC*

MOSES & SINGER LLP

By: _____
Avi Skoff (askoff@mosessinger.com)
Philippe Zimmerman
(pzimmerman@mosessinger.com)
405 Lexington Avenue
New York, NY 10174
(212) 554-7800
*Attorneys for Defendant, Luxco, Inc.*

SO ORDERED:

_____
U.S.D.J.

10 AUG 2010

827048v3  012825.0101