# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800   Fax: 212.554.7700
www.mosessinger.com

Philippe Zimmerman
Direct: 212.554.7895  Fax: 917.206.4395
pzimmerman@mosessinger.com

October 29, 2010

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 29 OCT 2010
```

**BY E-MAIL**

Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street, Chambers 735
New York, New York 10007

Re:   **Pernod Ricard USA, LLC v. Luxco, Inc., 10 Civ. 1567 (PAC)**

Dear Judge Crotty:

We represent defendant Luxco USA, Inc. ("Luxco"), in the referenced matter. Enclosed is a Stipulation and proposed Order adjourning the time of Luxco to answer or otherwise respond to the Amended Complaint on or before November 22, 2010.

Pursuant to your Individual Rule 1.E, we provide the following information:

1.   The original date for Luxco to answer or otherwise respond to the Amended Complaint is November 1, 2010.

2.   No prior request to adjourn Luxco's time to answer or otherwise respond to the Amended Complaint has been made. .

3.   Although no prior request to amend Luxco's time to answer or otherwise respond to the Amended Complaint has been made, the Court did previously grant an adjournment of Luxco's time to answer the Complaint, as originally filed.

4.   As established by the Stipulation, Plaintiff, Pernod Ricard USA, LLC, consents to the requested adjournment.

5.   No proposed conference date has been scheduled.

**MEMO ENDORSED**

SO ORDERED:  29 OCT 2010

_____
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

845529v1 012825.0101

## MOSES & SINGER LLP

Honorable Paul A. Crotty
October 29, 2010
Page 2

The Court's consideration of this request is greatly appreciated.

Respectfully submitted,

Philippe Zimmerman

cc (via email):   David Bernstein, Esq.
S. Zev Parnass, Esq.
Alan Nemes, Esq.
Michael Annis, Esq.

845529v1  012825.0101