Abraham Skoff (askoff@mosessinger.com)
Philippe Zimmerman (pzimmerman@mosessinger.com)
Moses & Singer LLP
404 Lexington Avenue
New York, New York 10174
Telephone: (212) 554-7800
*Attorneys for Defendant Luxco, Inc.*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 29 OCT 2010
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

PERNOD RICARD USA, LLC,

    Plaintiff,

v.

LUXCO, INC.,

    Defendant.

10 Civ. 1567 (PAC)

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, that (i) Defendant Luxco, Inc.'s time to answer or otherwise respond to the Amended Complaint herein is adjourned to November 22, 2010, (ii) this Stipulation may be executed in counterparts; and (iii) facsimile and pdf signatures of this Stipulation shall be no less binding than original signatures.

Dated: October __, 2010
      New York, New York

DEBEVOISE & PLIMPTON LLP

By: _____
David Bernstein
(dhbernstein@debevoise.com)
S. Zev Parnass (szparnass@debevoise.com)
919 Third Avenue
New York, NY 10022
(212) 909-6696
*Attorneys for Plaintiff,*
*Pernod Ricard USA, LLC*

MOSES & SINGER LLP

By: _____
Avi Skoff (askoff@mosessinger.com)
Philippe Zimmerman
(pzimmerman@mosessinger.com)
405 Lexington Avenue
New York, NY 10174
(212) 554-7800
*Attorneys for Defendant, Luxco, Inc.*

845446v2  012825 0101

SO ORDERED: 29 OCT 2010

_____
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE