AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

| Southern Disctrict | DISTRICT OF | New York |
|---|---|---|

## APPEARANCE

Case Number: 10 Civ. 1567 (PAC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Luxco, Inc.

I certify that I am admitted to practice in this court.

| 11/3/2010 | |
|---|---|
| Date | Signature |
| | Abaraham Y. Skoff |
| | Print Name                    Bar Number |
| | 405 Lexington Ave, 12th Floor |
| | Address |
| | New York          NY          10174 |
| | City          State          Zip Code |
| | (212) 554-7897          (917) 206-4397 |
| | Phone Number          Fax Number |