AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

## APPEARANCE

Case Number: 1:10-cv-01567-PAC

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

LUXCO, INC.,

I certify that I am admitted to practice in this court.

| 1/6/2010 | /s |
|---|---|
| Date | Signature |

Philippe A. Zimmerman
Print Name / Bar Number

405 Lexington Ave., 12th Floor
Address

| New York | NY | 10174 |
|---|---|---|
| City | State | Zip Code |

(212) 554-7895 / (917) 206-4395
Phone Number / Fax Number