Philippe A. Zimmerman
Moses & Singer LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Phone: (212) 554-7800
Facsimile: (212) 554-7700

and

Michael R. Annis (*pro hac vice application to be submitted*)
Alan S. Nemes (*pro hac vice application to be submitted*)
Husch Blackwell LLP
190 Carondelet Plaza, Suite 600
Saint Louis, MO  63105
Telephone: (314) 480-1500
Facsimile: (314) 480-1505

*Attorneys for Defendant, Luxco, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PERNOD RICARD USA, LLC, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>LUXCO, INC., )<br>)<br>Defendant )<br>) | 10 Civ 1567 (PAC) |

**STATEMENT PURSUANT OF DEFENDANT**
**LUXCO, INC., PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, Luxco, Inc. ("Luxco"), certifies that Luxco, Inc., is not publicly traded,

does not have a parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: January 11, 2011

                                        MOSES & SINGER LLP

                                        By: _____
                                              Philippe Zimmerman
                                        The Chrysler Building
                                        405 Lexington Avenue
                                        New York, New York 10174
                                        Telephone: (212) 554-7800
                                        Facsimile: (212) 554-7700

                                        and

                                        Michael R. Annis
                                        Husch Blackwell Sanders LLP
                                        190 Carondelet Plaza, Suite 600
                                        St. Louis, MO 63105
                                        Telephone: (314) 480-1500
                                        Facsimile: (314) 480-1505

                                        *Attorneys for Defendant, Luxco, Inc.*