Philippe A. Zimmerman
Moses & Singer LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Phone: (212) 554-7800
Facsimile: (212) 554-7700

and

Michael R. Annis (*pro hac vice application pending*)
Alan S. Nemes (*pro hac vice application pending*)
Husch Blackwell LLP
190 Carondelet Plaza, Suite 600
Saint Louis, MO 63105
Telephone: (314) 480-1500
Facsimile: (314) 480-1505

*Attorneys for Defendant, Luxco, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PERNOD RICARD USA, LLC, <br><br> Plaintiff <br><br> v. <br><br> LUXCO, INC., <br><br> Defendant | 10 Civ 1567 (PAC) |

### NOTICE OF DEFENDANT LUXCO, INC.'S MOTION, PURSUANT TO FED. R. CIV. P. 12(B)(6), TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

PLEASE TAKE NOTICE that, upon Defendant Luxco, Inc's Memorandum of Law in Support of Motion to Dismiss Plaintiff's Amended Complaint and the Affirmation of Philippe Zimmerman, dated January 21, 2011, the exhibits thereto, and the Amended Complaint, Defendant, Luxco, Inc. ("Luxco"), will move this Court before the Hon. Paul A. Crotty, at the

United States Courthouse located at 500 Pearl Street New York, NY 10007-1312, Courtroom 20C, on a date and time to be set by the Court, for an order (i) dismissing of this action, pursuant to Federal Rule of Civil Procedure 12(b)(6), and (ii) granting such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE, that pursuant to the schedule agreed to at the pre-motion conference held on January 11, 2011, opposition papers, if any, are to be served by February 4, 2011, and Defendant's reply papers, if any, must be served by February 10, 2011.

Dated: January 21, 2011

                Respectfully submitted,

                MOSES & SINGER LLP

                By: ____/s/_____
                Philippe Zimmerman
                The Chrysler Building
                405 Lexington Avenue
                New York, New York 10174
                Telephone: (212) 554-7800
                Facsimile: (212) 554-7700

                and

                Michael R. Annis
                (*pro hac vice application pending*)
                Alan S. Nemes
                (*pro hac vice application pending*)
                Husch Blackwell Sanders LLP
                190 Carondelet Plaza, Suite 600
                St. Louis, MO 63105
                Telephone: (314) 480-1500
                Facsimile: (314) 480-1505

                *Attorneys for Defendant, Luxco, Inc.*