## 10 Civ 1567 (PAC)

ENDORSEMENT: Defendant Luxco's motion to dismiss is denied. The amended complaint is more than adequate to put defendant on notice of plaintiff's claims in this trade dress infringement action. The parties should meet and confer and thereafter submit a civil case management plan by March 8, 2011. The Clerk of Court is directed to close this motion. So Ordered.

Philippe A. Zimmerman
Moses & Singer LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Phone: (212) 554-7800
Facsimile: (212) 554-7700

and

Michael R. Annis (*pro hac vice application pending*)
Alan S. Nemes (*pro hac vice application pending*)
Husch Blackwell LLP
190 Carondelet Plaza, Suite 600
Saint Louis, MO 63105
Telephone: (314) 480-1500
Facsimile: (314) 480-1505

*Attorneys for Defendant, Luxco, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PERNOD RICARD USA, LLC, | ) |
| Plaintiff | ) |
| v. | ) 10 Civ 1567 (PAC) |
| LUXCO, INC., | ) |
| Defendant | ) |



COURTESY COPY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1 8 FEB 2011

RECEIVED
JAN 24 2011
CHAMBERS OF
HONORABLE PAUL A. CROTTY
U.S.D.J.

February 18, 2011

Defendant Luxco's motion to dismiss is denied. The amended complaint is more than adequate to put defendant on notice of plaintiff's claims in this trade dress infringement action. The parties should meet and confer and thereafter submit a civil case management plan by March 9, 2011. The Clerk of the Court is directed to close this motion.

So ordered
Paul A. Crotty

**NOTICE OF DEFENDANT LUXCO, INC.'S MOTION, PURSUANT TO FED. R. CIV. P. 12(B)(6), TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

PLEASE TAKE NOTICE that, upon Defendant Luxco, Inc's Memorandum of Law in Support of Motion to Dismiss Plaintiff's Amended Complaint and the Affirmation of Philippe Zimmerman, dated January 21, 2011, the exhibits thereto, and the Amended Complaint, Defendant, Luxco, Inc. ("Luxco"), will move this Court before the Hon. Paul A. Crotty, at the

MEMO ENDORSED