# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel 212 909 6000
Fax 212 909 6836
www.debevoise.com

July 25, 2011

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 28 JUL 2011
```

BY FEDEX

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
Chambers 735
Courtroom 20-C
New York, NY 10007

**Pernod Ricard USA, LLC v. Luxco, Inc.**
**10 Civ. 1567 (PAC)**
**Withdrawal of Attorney**

Dear Judge Crotty:

Please be advised that Jill Teehan is no longer employed by the firm of Debevoise & Plimpton LLP, the attorneys for plaintiff in the above-captioned matter.

I am currently one of the attorneys of record in the subject action and I hereby respectfully request your permission to have Jill Teehan's name removed from the court's docket and ECF electronic mailing distribution list. Please signify your approval of this withdrawal by having this letter memo endorsed so that the clerk may modify and update the court's records.

Thank you for your courtesy and cooperation.

Respectfully submitted,

Christopher J. Hamilton

MEMO ENDORSED

New York • Washington, D.C. • London • Paris • Frankfurt • Moscow • Hong Kong • Shanghai

Honorable Paul A. Crotty                                          July 25, 2011

cc: Michael Annis, Esq.
Bryce Bartlett, Esq.
Alan S. Nemes, Esq.
Michael J. Tolles, Esq.
Philippe Zimmerman, Esq.
(Counsel for Luxco, Inc.)
(by email)

SO ORDERED:   2 8 JUL 2011

*[signature]*
U.S.D.J.

23477227v1