UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
                                                                       :

PERNOD RICARD USA, LLC,                :

                        Plaintiff,                        :           10 Civ. 1567 (PAC)
                                                             :                ECF CASE
              v.                                    :
                                                            :                **NOTICE OF**
LUXCO, INC.,                                        :                **VOLUNTARY DISMISSAL**
                                                             :                **WITH PREJUDICE**
                      Defendant.                    :

------------------------------------------------------------------ x

        Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the parties' settlement agreement dated August 2, 2011, Plaintiff Pernod Ricard USA, LLC dismisses the above-entitled action with prejudice.

Dated:  New York, New York
           August 4, 2011

                                                           DEBEVOISE & PLIMPTON LLP

                                                           By:  /s/ David H. Bernstein
                                                           David H. Bernstein _ (dhbernstein@debevoise.com)
                                                           S. Zev Parnass (szparnass@debevoise.com)
                                                           Christopher J. Hamilton (cjhamilton@debevoise.com)
                                                           919 Third Avenue
                                                           New York, New York 10022
                                                           (212) 909-6696 (telephone)
                                                           (212) 521-7696 (facsimile)

                                                           *Attorneys for Plaintiff Pernod Ricard USA, LLC*